**Order entered May 22, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00556-CR

**JASON ALLEN SKINNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-00955-M**

## ORDER

The Court **REINSTATES** the appeal.

On April 29, 2015, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On May 20, 2015, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the April 29, 2015 order requiring findings.

We **GRANT** the May 20, 2015 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/    LANA MYERS
        JUSTICE